UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TERRANCE T. BROWN | CIVIL ACTION NO. 3:10-CV-0479 |
| HERBERT BRADLEY | CIVIL ACTION NO. 3:10-CV-0481 |
| BOOKER T. HARDWELL | CIVIL ACTION NO. 3:10-CV-0489 |
| JASON DAVILLIER | CIVIL ACTION NO. 3:10-CV-0494 |
| DONALD SCOTT | CIVIL ACTION NO. 3:10-CV-0624 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| ROBERT NOEL, ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 9], to the extent adopted, and for those additional reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-referenced civil rights matters are DISMISSED WITH PREJUDICE as frivolous, for failing to state a claim upon which relief can be granted, and for seeking money damages from Defendants who are immune from suit, pursuant to the provisions of 28 U.S.C. § 1915 and 1915A.

MONROE, LOUISIANA, _____July 2,_____, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE